

# THE THIRTEENTH COURT OF APPEALS

## 13-19-00092-CR

THE STATE OF TEXAS
v.
BENJAMIN SHARP

On Appeal from the
County Court at Law of Aransas County, Texas
Trial Cause No. 29039

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion.

We further order this decision certified below for observance.

May 9, 2019